

ENTERED
12/18/2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br>VENTECH ENGINEERS LP et al.,<br><br>Debtors,[1]<br><br>RODNEY D. TOW, CHAPTER 7 TRUSTEE FOR THE ESTATE OF VENTECH ENGINEERS LP,<br><br>Plaintiff,<br><br>v.<br><br>VENTECH HOLDINGS 3 LLC, INTERNAL REVENUE SERVICE, AND CHARLES P. RETTIG, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE IRS<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Case No. 17-33203<br><br>Jointly Administered<br><br>Adversary No. 19 -3637 |

### AGREED ORDER DISMISSING IRS AND COMMISSIONER OF THE IRS
(Docket No. 9)

Plaintiff, Rodney D. Tow (the "Plaintiff" or "Trustee") in his capacity as the Chapter 7 Trustee for the Estate of Ventech Engineers LP ("Ventech," and collectively with Ventech and the other affiliated debtors in the above-referenced bankruptcy cases, the "Debtors" and each a "Debtor"), and the United States of America agree to entry of this Agreed Order dismissing the Internal Revenue Service and Defendant Charles P. Rettig, in his official capacity as commissioner of the Internal

---

[1] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

Revenue Service, from the above-captioned adversary proceeding, and the Court determining the relief is appropriate hereby ORDERED:

1. Defendant Internal Revenue Service and Defendant Charles P. Rettig, in his official capacity as commissioner of the Internal Revenue Service are hereby dismissed from the above-captioned adversary proceeding with prejudice.

2. The caption for the above-referenced adversary proceeding is hereby restyled as:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>**VENTECH ENGINEERS LP et al.,**<br><br>Debtors, | Case No. 17-33203<br><br>Jointly Administered |
| **RODNEY D. TOW, CHAPTER 7 TRUSTEE FOR THE ESTATE OF VENTECH ENGINEERS LP,**<br><br>Plaintiff,<br><br>v.<br><br>**VENTECH HOLDINGS 3 LLC,**<br><br>Defendant. | Adversary No. 19-3637 |

3. The Court shall retain jurisdiction to interpret, implement, and enforce the terms and provisions of this Order.

**Signed: December 16, 2019.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

2

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ *Charles Rubio*  
Charles M. Rubio  
TBA No. 24083768  
crubio@diamondmccarthy.com  
Brian Raymond Hogue  
TBA No. 24094725  
bhogue@diamondmccarthy.com  
Two Houston Center  
909 Fannin, 37th Floor  
Houston, Texas 77010  
(713) 333-5100 Telephone  
(713) 333-5199 Facsimile  

*Counsel to Chapter 7 Trustee Rodney D. Tow*

/s/  
Richard A. Kincheloe  
Assistant United States Attorney  
Attorney-in-Charge  
United States Attorney's Office  
Southern District of Texas  
Texas Bar No. 24068107  
S.D. Tex. ID No. 1132346  
1000 Louisiana St., Suite 2300  
Houston, Texas 77002  
Telephone: (713) 567-9422  
Facsimile: (713) 718-3033  
Email: Richard.Kincheloe@usdoj.gov  

*Attorney for the United States*