

ENTERED
04/15/2020

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| VENTECH ENGINEERS LP, et. al., | ) |
| | ) Case No. 17-33203 |
| Debtor. | ) |
| ------------------------------------------------------- | ) |
| | ) |
| RODNEY D. TOW, CHAPTER 7 TRUSTEE | ) |
| FOR THE ESTATE OF VENTECH | ) |
| ENGINEERS LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Proc. 19-03637 |
| | ) |
| VENTECH HOLDINGS 3 LLC, | ) |
| INTERNAL REVENUE SERVICE AND | ) |
| CHARLES P. RETTIG, | ) |
| | ) |
| Defendants. | ) |

<u>**ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS**</u>   (Docket No. 23)

WHEREAS, Defendant Ventech Holdings 3 LLC (the "<u>Defendant</u>") having filed its

Motion for Judgment on the Pleadings (the "Motion") and the Court, having considered the

Motion and the responses and replies, and being of the opinion that the relief requested in the

Motion should be granted.  In granting the motion, the Court does not opine on whether a claim

to recover the subject payment exists; rather, the Court grants the motion based on the claims

and facts actually asserted by the Trustee.

**Signed:  April 14, 2020.**

_____

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

10459581v1