

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
08/10/2020

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 17-33203 |
| VENTECH ENGINEERS L.P.; fka § | CHAPTER 7 |
| VENTECH, INC., *et al* § | |
| § | |
| Debtor(s). § | DAVID R. JONES |
| § | |
| § | |
| RODNEY D TOW § | |
| § | |
| Plaintiff(s), § | |
| § | |
| vs. § | ADVERSARY NO. 19-3637 |
| § | |
| VENTECH HOLDINGS 3 LLC, *et al* § | |
| § | |
| Defendant(s). § | |

## ORDER
**(Docket No. 29)**

    1.    The Motion to Amend Rule 12(c) Order and for Leave to File Amended Complaint is denied.

**Signed: August 10, 2020.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**